UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OLIVER WELLINGTON

V.                                                         D.N. 3:18 cv02143 WWE

NORWALK HOSPITAL                          OCTOBER 3, 2019

## WITHDRAWAL WITH PREJUDICE

**The Plaintiff is withdrawing this case WITH PREJUDICE as the case has settled.**

THE PLAINTIFF:

By:___/s/ Daniel H. Kryzanski ct 15620
Daniel H. Kryzanski, Esq.
Law Offices of Daniel H. Kryzanski
30 Ferry Blvd. #2
Stratford, CT 06615
Phone: (203) 380-1384
Fax: (203) 380-1598
Bar: CT 15620

CERTIFICATION OF SERVICE:

The undersigned hereby certifies that, on the above date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this through the Court's system.

By: /s/_____
      Daniel H. Kryzanski